| | |
|---|---|
| 1 | STEVEN G. KALAR<br>Federal Public Defender |
| 2 | HEATHER M. ANGOVE<br>Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575<br>San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753<br>heather_angove@fd.org |
| 5 | |
| 6 | Counsel for Defendant,<br>GUSTAVO RAMIREZ-SIXTOS |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 13-00584 DLJ |
| Plaintiff, | ) ) | **STIPULATION TO CONTINUE STATUS CONFERENCE; [] ORDER** |
| vs. | ) ) | |
| GUSTAVO RAMIREZ-SIXTOS, | ) ) | |
| Defendant. | ) ) | |

## **STIPULATION**

Defendant Gustavo Ramirez-Sixtos, by and through Assistant Federal Public Defender Heather M. Angove, and the United States, by and through Special Assistant United States Attorney Edward Fluet, hereby stipulate that, with the Court's approval, the status hearing currently set for October 3, 2013 at 9:00 a.m., shall be continued to October 17, 2013 at 10:00 a.m.

The reason for the requested continuance is that the parties are in the midt of negotiaiotns and should have a resolution by the October 17, 2013 court date.

The parties agree that the time between October 3, 2013, and October 17, 2013, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for continuity of

counsel and effective preparation by defense counsel.

IT IS SO STIPULATED.

Dated: October 1, 2013

/s/
HEATHER M. ANGOVE
Assistant Federal Public Defender

Dated: October 1, 2013

/s/
EDWARD FLUET
Assistant United States Attorney

## [] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing shall be continued from October 3, 2013 at 9:00 a.m. to October 17, 2013 at 10:00 a.m.

THE COURT FINDS that failing to exclude the time between October 3, 2013, and October 17, 2013, would unreasonably deny the Defendant's continuity of counsel, and would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between October 3, 2013, and October 17, 2013, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between October 3, 2013, and October 17, 2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: October G , 2013

THE HONORABLE D. LOWELL JENSEN
United States District Court Judge

**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**
**No. CR 13-00584 DLJ**      2